# UNITED STATES DISTRICT COURT
for the

Eastern District of California

FILED
AUG 15 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>MATTHEW SHEFFIELD<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:19 MJ 00155 BAM<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 2018 - August 14, 2019__ in the county of __Merced__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC, Section 2251(a) | Sexual Exploitation of a Minor |

This criminal complaint is based on these facts:

See attached affidavit (which is incorporated by this reference) from FBI Special Agent Josh Ratzlaff.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Josh Ratzlaff, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/15/2019__

_____
*Judge's signature*

City and state: __Fresno, California__    Hon. Barbara A. McAliffe - U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
AGAINST MATTHEW SHEFFIELD**

I, Joshua Ratzlaff, a special agent with the Federal Bureau of Investigation (FBI), being duly sworn, state as follows:

1. I am a special agent (SA) with the FBI and have been so employed since April 2008. I am a federal agent and am empowered by United States law to conduct investigations of, and make arrests for, among others, offenses enumerated in Title 18 of the United States Code. Following my appointment as an SA in 2008, I attended the FBI academy for 20 weeks, where I was trained as a criminal investigator. During my tenure as an SA, I have conducted and participated in numerous investigations of criminal activity, executed and participated in the execution of search and arrest warrants, and seized evidence of violations of United States law. I am currently assigned to the Fresno Resident Agency to investigate the sexual exploitation of children and child pornography in the Eastern District of California, as part of the Fresno FBI Child Exploitation Task Force (CETF). The CETF is responsible for enforcing federal criminal statutes involving the sexual exploitation of children under Title 18 of the United States Code.

2. Through my training and experience, I have become familiar with the methods of operation used by people who are involved with offenses involving the sexual exploitation of children. I have attended training classes and seminars concerning computer crimes and the sexual exploitation of children on the internet. This training and my experience in this area has given me an understanding of how people involved with offenses relating to the sexual exploitation of children use the internet to further those offenses.

3. This affidavit supports a criminal complaint against Matthew Sheffield for violating 18 USC 2251(a) which prohibits an individual from employing, using, persuading, inducing, enticing, or coercing any minor to engage in . . . any sexually explicit conduct for the purpose of producing any visual depiction of such conduct.

4. On March 25, 2019, the National Center for Missing and Exploited Children (NCMEC) referred a series of child pornography images depicting two then-unidentified prepubescent minor female children engaging in sexually explicit conduct, hereafter referred to as "Series 1," to a liaison at the FBI. Image analysis performed by NCMEC Child Victim Identification Program staff prior to the referral indicated that the children may reside in the United States and identified items in the background of the images pertinent to the identification of the location of the abuse. The NCMEC analysis also indicated that some of the bondage videos featured an apparent "safe word". According to NCMEC, images in Series 1 have been located by multiple law enforcement agencies on multiple websites, starting on or about February of 2018.

5. An FBI Special Agent reviewed images and videos from Series 1. Based on my training and experience, the series depicts two minors engaged in sexually explicit conduct. In particular, images and videos that are part of Series 1 depict two prepubescent female children engaged in acts of bondage to include tying one of the children to a bed and the use of masks, gags, whips, and a phallic-shaped sexual device. Images and videos that are part of the series also depict each of the children engaged in oral sex with an adult male. Throughout the images and videos in the series, the faces of the children are at least partially visible, often partially covered by masks.

6. In the course of the investigation, FBI agents also investigated various websites that facilitate the trafficking of child pornography. In the course of reviewing several such sites, agents observed a specific website user who acted under an online alias, hereafter referred to as "USER1," who frequently posted links which contained child pornography on these websites. An FBI Agent who reviewed images that were posted by that user determined that many of them appeared to be related to Series 1. For instance, in August of 2019, USER1 posted a link on one of these websites to a set of thumbnail images depicting a prepubescent female child wearing a mask performing oral sex on an adult male penis. Based on a review of details in the images, to include the setting of the room, the particular shirt the girl is wearing, and the mask she is wearing, the depicted female appears to be one of the girls depicted in Series 1. USER1 also posted comments which indicate he produced some of the material he posted. For instance, in March of 2019,

USER1 posted a message, referring to a previous post containing links, stating: "This one has never been posted until now because it needed editing due to background items."

7. Through further investigation, law enforcement agents identified two minor children referenced herein as Minor 1 and Minor 2, suspected to the children depicted in Series 1. Minor 1 is currently 11 years old. Minor 2 is currently 12 years old. Both Minor 1 and 2 live in the Eastern District of California. Matthew Sheffield has had ongoing access to each of them.

8. On August 14, 2019, a child forensic interview of Minor 1 was conducted. In the course of that interview, Minor 1 was presented with sanitized images from Series 1. In those images, Minor 1 identified a bed depicted in the images as one belonging to Sheffield. She also identified the other minor depicted in the images as Minor 2. When presented with an image believed to be her, she declined to identify herself. Based on my training and experience, this is not unusual behavior for a minor sexual abuse victim.

9. Also on August 14, a child forensic interview was conducted with Minor 2. In the course of that interview, Minor 2 disclosed that Sheffield engaged in "sexual" activity with her. Minor 2 indicated she had been tied up, that she was aware that Sheffield was recording her, and that he would share the video with others over the internet. Minor 2 further indicated that they had "safe words," but she was scared to use them. She did not disclose what the safe words were but gave a vague description which was consistent with safe word referenced in the NCMEC referral. Minor 2 also identified Sheffield's bed in the images from Series 1. Minor 2 also stated that Minor 2 knows Minor 1 and Minor 2 identified Minor 1 in an image from Series 1.

10. Law enforcement agents have reviewed the images in Series 1 depicting Minors 1 and 2 and observed Minors 1 and 2 in person. Minors 1 and 2 appear to be the children depicted engaging in sexually explicit conduct in Series 1, which have been disseminated via the Internet.

11. On August 14, 2019, a search warrant was executed at Sheffield's residence in Merced, CA, within the Eastern District of California. Agents noted that specific items of furniture, for instance the headboard in the master bedroom and a larger mirror on a wall appeared to be identical to furniture visible in Series 1. In addition, there was a match between several milk cartons with Producer's Dairy printed on them in the bedroom and

those seen in images posted on websites. In addition, a picture window in the living room matched a scene depicted in one or more images of a victim posted on a website.

12. The executing agents recovered phallic-shaped sex toys and lingerie in smaller and/or children's sizes consistent with the sort of clothing worn by the minors in Series 1 ~~bindings~~ images. Agents also located a sex swing in the garage, consistent with one depicted in images from Series 1. Agents also found a drawing, apparently done by a child, which appeared to depict stick figures and a bed, with an arrow pointing to the genital area labeled with the word "sex".

13. On the basis of the information contained in this affidavit, it is my belief that there is probable cause to conclude that Mathew Sheffield has committed violations of 18 U.S.C. §§ 2251(a) and (e).

14. Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a criminal complaint, not every fact related to this investigation has been included.

I declare under penalty of perjury under the laws of the United States that the information in the above paragraphs is true and correct.

_____
Josh Ratzlaff, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence,
August 15, 2019

_____
Honorable Barbara McAuliffe
United States Magistrate Judge